1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TONY CHENG,                                                   No. C -13-02641(EDL)

          Plaintiff,                                    **ORDER DENYING REQUEST FOR**
                                                             **COMPLIMENTARY ECF AND PACER**
  v.                                                         **ACCESS**

SCHLUMBERGER,

          Defendant.

_____/

On June 17, 2013, the Court granted Plaintiff leave to proceed in forma pauperis and also

granted his request for permission for electronic case filing.  Plaintiff now requests free access to the

Case Management /Electronic Case Filing (CM/ECF) system and the Public Access to Electronic

Records (PACER) system.  (Dkt. 9.)

The Court DENIES Plaintiff's request.  There is no fee for CM/ECF.  The Court directs

Plaintiff to the Northern District of California's website for instructions on how to register for

electronic case filing and PACER: http://www.cand.uscourts.gov/ECF/proseregistration.  As for

PACER fees, Plaintiff is a party and upon registration is entitled to receive one free electronic copy

of all documents that are filed electronically.  Additionally, PACER does not charge fees for access

to judicial opinions.  Consequently,  Plaintiff is not subject to an unreasonable burden, and the Court

declines to grant Plaintiff an exemption from PACER fees.


Dated: July 1, 2013
                                                             _____
                                                             ELIZABETH D. LAPORTE
                                                             United States Chief Magistrate Judge