IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TONY CHENG,

  Plaintiff,            No. C 13-02641 JSW

 v.                 **ORDER REGARDING EMAIL DATED AUGUST 11, 2013**

SCHLUMBERGER,

  Defendant.

  On August 11, 2013, several of Plaintiff's relatives sent the Court an e-mail regarding this case and requesting assitance from the Court. Although Plaintiff's relatives copied opposing counsel, the Court will not consider the e-mail. As the Court has previously stated, Plaintiff's relatives are not parties to this case and are not representing Plaintiff. Plaintiff is proceeding pro se and has proved capable of filing documents on his own behalf. These types of communications are not proper, and Plaintiff's relatives are directed to refrain from communicating with the Court. Plaintiff shall ensure his relatives receive a copy of this Order.

  **IT IS SO ORDERED.**

Dated: August 13, 2013

                    JEFFREY S. WHITE
                    UNITED STATES DISTRICT JUDGE