1    The Court concludes Plaintiff has not demonstrated that recusal is required.

2    Accordingly, his request to have this matter assigned to a different judge is DENIED.

3    **IT IS SO ORDERED.**

4    Dated: September 23, 2013

     _____
     JEFFREY S. WHITE
5    UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

3