IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TONY CHENG, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-13-3229 |
| § | |
| SCHLUMBERGER, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation and the objections filed thereto, the court is of the opinion that Plaintiff has affirmatively represented to the court that he wishes to dismiss this action. The court understands that the underlying reason for Plaintiff's decision was the Magistrate Judge's refusal to shift the costs of Plaintiff's discovery to Defendant Schlumberger. After considering the Magistrate Judge's decision de novo, the court concurs and finds that Plaintiff provided no legal or factual basis to support an order that Defendant bear Plaintiff's discovery expenses.

The Memorandum and Recommendation is hereby **ADOPTED**. This action will be dismissed by separate order.

**SIGNED** at Houston, Texas, this 12th day of May, 2014.

SIM LAKE
UNITED STATES DISTRICT JUDGE